UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20755-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Carleane Berman,
    Defendant.
_____/

COMES NOW  Peter S. Heller, Esq.  and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Peter S. Heller

Counsel's Signature: _____ (For)

Address (include City/State/Zip Code):
9155 S. Dadeland Blvd.
Ste. 1412
Miami, FL. 33156

Telephone: (305) 284-8000     Florida Bar Number: 402222

Date: 10/8/15