# COURT MINUTES

Page 2

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 10/19/15     Time: 10:00 a.m.

Defendant: Carleane Diana Berman    J#: On Bond    Case #: 15-20755-Cr-Moreno

AUSA: _illegible_    Attorney: Miriam Paez - Perm

Violation: Consp/Import/PWID/Methylone/Ethylone/Money Laundering

Proceeding: Report Re: Counsel/Arraignment    CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: _____

Bond Set at: Stip. $50,000 10% and $350,000 Psb    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition:
Peter Heller-Temp. Excused
from case

Perm appearance made by Miriam Paez

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 10:06:36      Time in Court: 2 mins