April 4, 2016

Honorable Judge,

My name is Ron Berman Carleane Berman's father. I am a resident of Miami Dade since 1976. Graduated from Miami Sunset sr. high school 1982 to join and serve the United States Army. There I served my country honorably. Upon completion of my enlistment of active duty I transferred to a local Army National Guard unit to serve an additional three years honorably. While Serving the National Guard I attended both Miami Dade College and Florida International University. Establishing my company in West Kendall Ronnie's Ace Hardware was founded 1995 where I continue my servitude to the community.

As a young child my daughter Carleane Berman was a beacon of joy and happiness in my life. She was an honor student at Jack D. Gordon elementary school. During her early development years she attended dance lessons, took music lessons at Miami Dade Community college south campus. Carleane was actively involved with horses to include volunteering at a nearby stable caring for the horses she so loved to ride. She was an active swimmer who loved the water and outdoor sports. She helped and worked her community hours at the Gold Coast Railroad Museum. Carleane had a bright future with endless opportunities in many fields.

As many teenagers go through adolescent a period challenging their parents Carleane was no different than every average teenager or so we as her parents thought. We had learned that Carleane had experimented with marijuana when she was approximately 16 years of age. We also learned in that time frame that our daughter had been sneaking out of our home at night through her upstairs bedroom window. Her GPA at school had suffered as well as other notable signs that our daughter was in serious trouble. We as a family sought out counseling with Dr. Valerie Goode as it was agreed as a family to address our daughter's issues. Carleane continued to defy her parents and ran away from home. Carleane was finally apprehended at Club "Space" after a diligent search for her.

All measures we as parents took were no match to the disease of addiction coupled with the power, marketing and attraction of the adult night clubs industry played in shaping our daughters life.  Carleane at the age of 17 was apprehended at club "Space" with the efforts of her parents obtaining an Amber Alert in addition to a marchman act.  Carleane was sent to the Utah Mountain Home Youth Ranch for a period of four months.  Although MHYR was not an NA program this program was featured on the Dr. Phil show and was rated as one of this country's finest program geared to treating troubled teenagers. Carleane did successfully completed the MHYR program along with completion of her high school credits, unfortunately this program did not have the long term residual effect for our daughter as Carleane again was drawn back to the Miami fast night life of the adult super clubs such as club" Space" and "Mekka".  Carleane continued to run away from home.

My wife and I again on a mission to attempt to have our daughter seek treatment we had her Baker act after she was transported to Kendall Regional Hospital for alcohol intoxication.  She had a blood alcohol level in excess of 3.2 after a night at Mekka.  The Hospital staff did agree to extend the hold time for our daughter while we placed her into a local treatment program in North Miami. This effort was short lived as she escaped from the treatment facility. By this time Carleane was an adult and we as her parents were limited in options to force her into a treatment program. A few weeks had past that once again we learned that our daughter has found a place to live  and claimed she was clean, living a picture perfect life with Jorge Hernandez a former military man and a graduate of university of Miami.  Mr. Hernandez assured both of us her parents that our daughter was in good hands and not using narcotics as he pledged to help our daughter succeed into a promising career of cosmetology.

As we will all eventually learn this grand illusion was a smoking mirror of false pretenses all the while Mr. Hernandez recruited our daughter into his dark, corrupt underworld of lies and deceptions in illegal activities.  This is the point of why my daughter is before your court.  You're Honor, I humbly ask for your leniency towards Carleane Berman as she is not a hardened criminal but rather an addict who is out of control doing anything she could to get her next fix.  Agreed our daughter desperately is in need of a long term rehabilitation program from alcohol and narcotics. Wherefore I hope and pray that you could order her to such long term rehabilitation and compel her to continue her journey of recovery

through Narcotics Anonymous and spare her the hardships of federal prison. Although she was directly involved in this case with Mr. Hernandez, Carleane is in no way capable to orchestrating an elaborate ring of importation of narcotics. Carleane with proper treatment and court oversight still could have a brilliant future and be a productive member of society.

Thank You for your consideration,

Ron Berman