April 4, 2016

Honorable Judge,

I respectfully request your leniency for my child, Carleane Berman. I would like to take a few moments and express my views and experience with Carleane.

I am Carleane Berman's mother, Carmen Berman. I have been an educators for 34 years in the Miami Dade County Public School system with an impeccable reputation in all my years of service. I have been married to Ron Berman a hardware owner since 1986 for 30 years. We have one child, Carleane Berman, who is before you in the court today.

Carleane Berman grew up in west Kendall, in the neighborhood of Country Walk. She attended Jack D. Gordon Elementary. Her childhood was happy, safe, and stable. She earned excellent grades earning all A's and B's and always on the honor roll. She had friends and had excellent conduct. She loved to read and participated in the chorus. At Herbert Ammond's Magnet Middle School, she joined the cross country running club as well as the track team. Further, she explored and joined the Drama Club at school, participating competitions as well as took French classes. During her middle school years she was happy and focused on her school work.

Additionally, Carleane participated in various extracurricular activities during her childhood, as she had many interests. Carleane attended art school, where her sketching skills were impressive; a gift she still has today. She joined the equestrian center where she learned to ride Paso Fino horses. She cared and tended to their stables developing her relationship with them. Carleane was a "mommy helper"-to her aunt for a number of months after my sister had her first child. She learned how interact with a young child and the value of helping family. Nurturing a love of music fostered from her Grandfather, Benny Berman, a folkloric musician

in Israel. She learned how to play the guitar she inherited from him. Carlene attended private lessons at Miami Dade Community College. Carleane's elementary and middle school years were filled with positive experiences, academic achievements, and surrounded with love by her family and grandparents and aunts.

When Carleane entered Robert Morgan High School, it is precisely at this point when things began to change. The summer before high school she began helping out in her father's hardware store. It was there, where one of her father's employee's told her about her father's recovery in Narcotics Anonymous. This information changed her view of her father. Instead of seeing the recovery she saw him in a negative light. Her father was clean and sober—12 years at the time, and since Carleane was 2 years old. Today he is still clean and sober. We as parents decided to not involve her in this past that he had overcome. However, in retrospect we should have told her. In the fall of 9th grade, Carleane was a victim of rape. She did not press charges but things began to unfold. Carleane became very untrusting of us and everyone around her. Perhaps with her genetic disposition for drug addiction, these event were the catalyst to experimenting with drugs. We took action as parents immediately seeking family and individual therapy with Valarie Goodie, psychologist. Her life began to improve a bit and then she was lured by the lights and popularity to attend Club Mekka and Club Space on days where alcohol was supposedly not served to minors. She attended these clubs without my consent.

Experimenting further with drugs, she became very depressed and she ran away from home at the age of 17. Her father and I solicited help from all of our family and friends. We had an amber alert put out and Carleane was found at Club Space a few days later. Carleane was sent to a Miami facility—JARF Crisis where she was evaluated for 5 days. With the use of a Marchman Act, Carleane was sent to Mountain Youth Ranch in Utah in hopes she would be free of this addiction. The Mountain Youth Ranch was an organization for teen-rehabilitation of drugs and alcohol. She was there for 18 weeks and returned healthy and drug free. Upon her return, eager to get her life on track, Carleane took GED test and passed it for High School equivalence.

Carleane began to rebuild her life. She held a job at the cell phone booth at Southland Mall and attended Miami-Dade Community college for 2 semesters. All was on the right path until again her addiction gained momentum and was enticed into the nightlife. She was 18, she was being served alcohol, and drugs at these clubs, Mekka and Space. Shortly after, she moved out of our home and began living independently. Thus beginning a number of episodes up and down. The most recent opportunity for Carleane to get help was when she was hospitalized with a blood alcohol level of an excess of 3.2, this occurred after a night of at Club Mekka. She was hospitalized and I was able to secure a Baker Act so that she could seek treatment at a local facility, in North Miami. Once she was transported, Carleane of adult age, decided not to seek treatment. It was at this time, with limited judgement, she became involved with Mr. Jorge Hernandez. She knew him from clubs. Thus began the largest downward spiral of all.

After a weeks she called and assured us she had secured lodging and was going to complete her studies. She explained she was living with Mr. Jorge Hernandez, a graduate of the University of Miami, and a military man. I was very concerned and I continued to complete the necessary forms to have her picked up by the authorities because I feared for her, unfortunately, Carleane did not provided me an address and so I decided to wait. Nearly 3 weeks after she left the treatment center I spoke and finally was able to see her. She appeared physically well and so I waited to proceed with the Marchman Act. Over the course of the following months she assured her father and I she was okay and studying for her Beautician license. In the hopes of establishing communication with our daughter we invited Mr. Hernandez to our home several times and even though his appearance was shocking his demeanor and his words seem to be reassuring that he was taking care of Carleane and his tattoos were errors of his youth. Mr. Hernandez reassured us that our daughter was free of drugs. It was a few months after, our daughter decided to end her relationship with Mr. Hernandez and turn her life around.

As an educator and her mother, I have noticed a self-destructive pattern of behavior that has emerged in Carleane. She gets her life on a good path;

working, living on her own, paying her bills-- followed by a spiral down because of an addiction to drugs. This up and down pattern has been occurring for the past 5 years, each time spiraling down further. Carleane has not been ready to look at herself until now and seek recovery as I have learned from our conversations.

Your honor, I am pleading for you to consider that Carleane attend a long-term drug rehabilitation. There I feel that she can work on her mental and emotional recovery. It is my desire she be free of this addiction for good like her father has managed to accomplish for 22 years. It is my belief, Carleane can be a productive member in society contributing with her hair styling talents and sharing her life experience with others. She is now older and understands the ramifications of her actions and feels greatly remorseful. As you can see she is not a repeat offender or a hard criminal.

It is my hope that this letter gives you a better view of my daughter, Carleane. I respectfully ask your direction when it comes to placing Carleane in the best environment for her recovery without out causing further damage to her well-being.

Respectfully,

*Carmen I. Berman*

Carmen I. Berman