# Arthur Jay Bregman, M.D.

1550 Madruga Avenue Suite 406
Coral Gables, FL 33146

FACSIMILE COVER LETTER

Date: 3/10/2016     Time: 10:17 am  Pages: 2

TO:      **Name:** Jose Morin

        **Facsimile:** 786-592-1114

        **Telephone:**

FROM:    **Name:** Dr. Bregman

        **Facsimile:** 305-740-8103

        **Telephone:** 305-740-3340

**COMMENTS: RE: Carlene Berman D.O.B:** [REDACTED]

**IMPORTANT WARNING**
This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.

If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distributions of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.

**CONFIDENTIALITY NOTICE**
**CONFIDENTIAL HEALTH INFORMATION ATTACHED**

Protected Health Information is personal and sensitive information related to an individual's health care. It is being transmitted to you by facsimile after appropriate authorization from the client or under circumstances that do not require client authorization. You as the recipient are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure of this information without additional client consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

K

# Arthur Bregman, M.D., P.A.

March 10, 2016

RE: Carlene Berman
D.O.B: ███████

To Whom It May Concern:

This letter is to certify that Carlene Berman is being seen by Dr. Arthur Bregman since January 13, 2015 for medication management on a monthly basis. She is currently diagnosed with attention deficit disorder and bipolar disorder and some of the bipolar symptoms may include anxiety and insomnia. Ms. Berman is being prescribed trazadone 100mg, welbutrin XL 150 mg, klonopin 1 mg and adderall 20 mg for her medical condition. I highly recommend for her to continue on her medication as prescribed.

If you have any questions or concerns in regards to this letter, please feel free to contact me at your convenience.

Sincerely,

Arthur Bregman, M.D.
Psychiatrist
CEO/Medical Director

1550 Madruga Avenue • Suite 406 • Coral Gables, Florida 33146 • Tel: (305) 740-3340 • Fax: (305) 740-8103