UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CR-20755-FAM

UNITED STATES OF AMERICA

vs.

CARLEANE DIANA BERMAN,

    Defendant.
_____/

## GOVERNMENT'S § 5K1.1 MOTION FOR DOWNWARD DEPARTURE

Pursuant to USSG § 5K1.1, the United States of America hereby moves for a downward departure from the Sentencing Guideline range applicable to Carleane Diana Berman ("the "Defendant") in order to reflect her substantial assistance in the prosecution of others. At the sentencing hearing, the government will provide the Court with further information regarding the nature and quality of the defendant's cooperation and substantial assistance.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By: /s/ Marton Gyires
    MARTON GYIRES
    Assistant United States Attorney
    Court ID No.: A5501696
    U.S. Attorney's Office - SDFL
    Southern District of Florida, HIDTA
    11200 NW 20th Street
    Miami, FL 33172
    305-715-7642 (office)
    786-877-2839 (cell)
    305-715-7639 (fax)
    Email: Marton.Gyires@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ Marton Gyires
Marton Gyires
Assistant United States Attorney
