UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20755-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

CARLEANE DIANA BERMAN,
        Defendant.      /

**ORDER OF REINSTATEMENT OF SUPERVISED RELEASE**

On September 18, 2019, the defendant, Carleane Diana Berman, appeared before the Court for a supervised release violation hearing. Defendant admitted guilt to all violations of the Petition and the Court accepted said admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby **_REINSTATED._**

Special conditions of supervised release:

1. Permissible Search by U.S. Probation.

2. Substance Abuse Treatment Program.

All other conditions of supervised release will remain the same.

**DONE AND ORDERED** in Open Court at Miami, Dade County, Florida this 18th day of September, 2019 and signed this _19_ day of September, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
USPO Antonio Redding